Same case below, 408 Fed. Appx. 551.

**No. 10-1385. Martin Grosz and Lilian Grosz, Petitioners v. The Museum of Modern Art.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6693.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 575.

**No. 10-1388. George Gilmore Martin, Petitioner v. Jon R. Fenner, et ux.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6934.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-1390. Peggy Reed, et vir, Petitioners v. Robert Gutierrez, et al.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 7010.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

**No. 10-1391. St. Elizabeth's Child Care Center, Petitioner v. Pennsylvania Department of Public Welfare.**

565 U.S. 818, 132 S. Ct. 103, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6729.

October 3, 2011. Petition for writ of certiorari to the Commonwealth Court of Pennsylvania denied.

Same case below, 989 A.2d 52.

**No. 10-1394. Willie M. Godley, Petitioner v. North Carolina Department of Health and Human Services, et al.**

565 U.S. 818, 132 S. Ct. 103, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6783.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 857.

**No. 10-1395. United Air Lines, Inc., Petitioner v. Constance Hughes.**

565 U.S. 818, 132 S. Ct. 103, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6627.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 634 F.3d 391.

**No. 10-1396. Ali Darvishian, Petitioner v. John McHugh, Secretary of the Army.**

565 U.S. 818, 132 S. Ct. 103, 181 L. Ed. 2d 30, 2011 U.S. LEXIS 6877.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 822.